# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **Maria Dolores Aguilar-Garcia, Individually, and as Representative of the Estate of Santiago Santoyo and The Santoyo Family Wrongful Death Beneficiaries,**<br>    **Plaintiffs,**<br><br>**v.**<br><br>**Jeffrey Van Patten and Great Divide Transport, LLC,**<br>    **Defendants.** | §§§§§§§§§§§§ | **No: 9:21-cv-00141** |

## Notice of Settlement

Plaintiffs, through their undersigned counsel, hereby notifies the Court that the parties have reached a settlement of all claims. Once the Parties have prepared and executed appropriate settlement documents, they will submit a stipulation of dismissal and a proposed consent order of dismissal with prejudice to the Court.

Respectfully submitted,

**The Alfred Firm**

*/s/ Byron C. Alfred*
_____
**Byron C. Alfred**
SBN: 24084507
FBN: 2217637
Byron@alfredfirm.com
**Johnny Alfred III**
SBN: 24087092
Johnny@alfredfirm.com
2211 Norfolk Street, Ste. 803
Houston, Texas 77098
Telephone: 713.470.9714
Facsimile: 877.751.7453
**Attorneys for The Santoyo Family**

## Certificate of Conference

I hereby certify that the parties have agreed to all settlement terms and are working to complete necessary settlement paperwork.

*/s/ Byron C. Alfred*
_____
**Byron C. Alfred**

## Certificate of Service

The undersigned authority hereby certifies that a true and correct copy of the foregoing instrument has been served upon all counsel of record according to the FRCP on this the 13th day of March, 2023.

*/s/ Byron C. Alfred*
_____
**Byron C. Alfred**