IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| MARIA DOLORES AGUILAR-GARCIA, Individually, and as Representative of the Estate of SANTIAGO SANTOYO and the SANTOYO FAMILY WRONGFUL DEATH BENEFICIARIES,<br><br>*Plaintiff*,<br><br>v.<br><br>JEFFREY VAN PATTEN and GREAT DIVIDE TRANSPORT, LLC,<br><br>*Defendants*. | CIVIL ACTION NO. 9:21-CV-00141<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. [Dkt. 42]. The Parties are seeking a dismissal with prejudice as to all claims and controversies between them.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 18th day of April, 2023.**

Michael J. Truncale
United States District Judge